IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4011-01-CR-C-SOW |
| | ) | |
| BOBBY JO GREEN, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Before the Court is the Report and Recommendation (Doc. # 48) of United States Magistrate Judge William A. Knox regarding defendant Bobby Joe Green's entry of a plea of guilty. On January 27, 2009, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Counts One and Three of the indictment filed on March 5, 2007. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was made with full knowledge of the charges and consequences of pleading guilty, was voluntary, and that the offenses to which the defendant has plead guilty are supported by a factual basis for each of the essential elements of the offenses.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Bobby Joe Green's plea of guilty shall be accepted. Defendant Green shall be adjudged guilty and have sentence imposed accordingly. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant Green as

soon as possible.

                                /s/Scott O. Wright  
                                SCOTT O. WRIGHT  
                                Senior United States District Judge

Dated: January 28, 2009